IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Herron, Dorothy J | Case Number: 06 B 03222 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 03/24/09 | Filed: 3/28/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 8, 2009
Confirmed:  June 8, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 16,875.00 | |
| Secured: | | 14,746.39 |
| Unsecured: | | 1,169.31 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 915.69 |
| Other Funds: | | 43.61 |
| Totals: | 16,875.00 | 16,875.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Resurgent Capital Services | Secured | 0.00 | 0.00 |
| 2. | American General Finance | Secured | 2,237.09 | 2,237.09 |
| 3. | National City Bank | Secured | 2,196.70 | 2,196.70 |
| 4. | Cavalry Portfolio Services | Secured | 9,944.60 | 9,944.60 |
| 5. | Resurgent Capital Services | Secured | 368.00 | 368.00 |
| 6. | Illinois Dept Of Human Services | Unsecured | 4,530.07 | 243.12 |
| 7. | RoundUp Funding LLC | Unsecured | 2,053.83 | 110.24 |
| 8. | Peoples Energy Corp | Unsecured | 936.43 | 37.63 |
| 9. | ECast Settlement Corp | Unsecured | 2,521.65 | 135.34 |
| 10. | Cavalry Portfolio Services | Unsecured | 2,940.67 | 157.84 |
| 11. | Infistar Corporation | Unsecured | 4,378.40 | 234.77 |
| 12. | RoundUp Funding LLC | Unsecured | 180.27 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 4,016.61 | 215.59 |
| 14. | ECast Settlement Corp | Unsecured | 865.47 | 34.78 |
| 15. | American General Finance | Unsecured | 126.92 | 0.00 |
| 16. | Cook County Treasurer | Secured | | No Claim Filed |
| 17. | Capital One | Secured | | No Claim Filed |
| 18. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 19. | Internal Revenue Service | Priority | | No Claim Filed |
| 20. | Capital One | Unsecured | | No Claim Filed |
| 21. | Capital One | Unsecured | | No Claim Filed |
| 22. | Capital One | Unsecured | | No Claim Filed |
| 23. | US Cellular | Unsecured | | No Claim Filed |
| 24. | Capital One | Unsecured | | No Claim Filed |
| 25. | Capital One | Unsecured | | No Claim Filed |
| 26. | Citibank | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Herron, Dorothy J

Printed: 03/24/09

Case Number:  06 B 03222
Judge:  Wedoff, Eugene R
Filed:  3/28/06

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. FCNB MC | Unsecured | | No Claim Filed |
| 28. FCNB MC | Unsecured | | No Claim Filed |
| 29. Ameritech | Unsecured | | No Claim Filed |
| 30. United States Dept Of Education | Unsecured | | No Claim Filed |
| | | $ 37,296.71 | $ 15,915.70 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 14.40 |
| 5% | 73.01 |
| 4.8% | 156.07 |
| 5.4% | 484.74 |
| 6.5% | 175.05 |
| 6.6% | 12.42 |
| | $ 915.69 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

